(137 So. 921)

Bob HAYNES v. STATE.

4 Div. 862.

Court of Appeals of Alabama.
Nov. 10, 1931.

RICE, J.
Appeal dismissed.

(138 So. 922)

Frank HENDRICKS v. STATE.

6 Div. 111.

Court of Appeals of Alabama.
Jan. 12, 1932.

SAMFORD, J.
Affirmed.

(132 So. 915)

Buck HENRY v. STATE.

8 Div. 161.

Court of Appeals of Alabama.
Jan. 27, 1931.

SAMFORD, J.
Appeal dismissed.

(133 So. 923)

Arthur HENSON v. STATE.

6 Div. 180.

Court of Appeals of Alabama.
Dec. 15, 1931.

RICE, J.
Appeal dismissed.

(137 So. 921)

James HERRING v. CITY OF PHENIX
CITY.

4 Div. 817.

Court of Appeals of Alabama.
Nov. 5, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(132 So. 916)

Felix HERRING v. STATE.

8 Div. 89.

Court of Appeals of Alabama.
Jan. 27, 1931.

BRICKEN, P. J.
Appeal dismissed.

(133 So. 923)

Jack HERRON v. STATE.

6 Div. 186.

Court of Appeals of Alabama.
Dec. 15, 1931.

BRICKEN, P. J.
Appeal dismissed on motion of appellant.

(137 So. 921)

Grady HICKS v. N. A. McCULLAR.

6 Div. 24.

Court of Appeals of Alabama.
Nov. 27, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.